Ct. 121, 220 A. 2d 345, affirmed, 424 Pa. 641, 226 A. 2d 863 (1967). Should the lower court find that the waiver of indictment was knowingly and intelligently made, it shall enter an order to that effect and the judgment of sentence will be reinstated. Should the lower court find that the waiver was not knowingly and intelligently made, it may proceed in a manner consistent with our opinion in *Commonwealth v. Howard,* 210 Pa. Superior Ct. 284, 231 A. 2d 860 (1967).

Record remanded for further proceedings consistent with this opinion.

## Commonwealth *v.* Romero, Appellant.

Submitted June 12, 1967. *Francis Gerard Janson* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *John M. Phelan* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment affirmed.

September 19, 1967

## "Friends of McErlean" Petition.

Argued September 19, 1967. *William E. Mowatt*, with him *Mowatt, McErlean, Pinto, Theodore & Rubin*, for appellant; *Edward F. Muller, Jr.*, for appellees.

Decree and amending order affirmed.

MONTGOMERY and HOFFMAN, JJ., dissented.